

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: THE STATE OF TEXAS, | § | No. 08-16-00106-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

**O R D E R**

The Court has this day considered the State's motion for an emergency stay of trial court proceedings pursuant to TEX.R.APP.P. 52.10 and concludes the motion should be GRANTED. The Honorable Samuel Medrano shall therefore stay any further proceedings, including the trial scheduled to begin on June 3, 2016 in cause number 20120D02331, styled *The State of Texas v. Alfonso Alejandro Cedillo*, pending further order of this Court. The State's mandamus petition is due to be filed no later than June 17, 2016.

IT IS SO ORDERED this 2nd day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.